DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LEAH M. NELSON,**
Appellant,

v.

**KENNETH A. NELSON, II,**
Appellee.

No. 4D21-3024

[August 11, 2022]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 312016DR000138.

Dave Krupski, Ponte Vedra, for appellant.

Amy D. Shield and Roger Levine of Shield & Levine, P.A., Boca Raton, and Bradley W. Rossway of Rossway Swan Tierney Barry & Oliver, P.L., Vero Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***